# UNITED STATES DISTRICT COURT
for the
Southern District of Texas

United States Dist... Court
Southern District of Texas
FILED

NOV 27 2019

David J. Bradley, Clerk of Court

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No. B-19-1240-MJ |
| Marco Antonio SANCHEZ | ) | |
| | ) | |
| *Defendant* | ) | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date of __November 26, 2019__ in the county of __Cameron__ in the __Southern__ District of __Texas__, the defendant violated __18__ U. S. C. § __554 and 371__
an offense described as follows:

Knowingly conspired to export or send from the United States, or attempt to export or send from the United States, any merchandise, article, or object contrary to any law or regulation of the United States, or receives, conceals, buys, sells, or in any manner facilitates the transportation, concealment, or sale of such merchandise, article or object, prior to exportation, knowing the same to be intended for the exportation contrary to any law or regulation of the United States, to wit: a 7.62 X 39 mm Century Arms Pistol, two (2) 7.62 X 39 magazine and 40 rounds of 7.62 X 39 caliber ammunition.

This criminal complaint is based on these facts:

On November 26, 2019, United States Customs and Border Protection Officers (CBPOs) at the Veterans Port of Entry, Brownsville, TX, encountered SANCHEZ attempting to depart the United States in a white Chevrolet Tahoe. CBPOs conducted an outbound inspection of SANCHEZ, and SANCHEZ gave a negative declaration for money, ammunition, and firearms. A secondary inspection of SANCHEZ and the vehicle revealed a 7.62 x 39 mm Century Arms handgun, two (2) 7.62 X 39 magazine and 40 rounds of 7.62 X 39 caliber ammunition.

Homeland Security Special Agents interviewed SANCHEZ and he admitted that he agreed with a person to purchase the firearm and ammunition in Brownsville and to deliver the firearm and ammunition to said person in Matamoros for $300.00 US Dollars. SANCHEZ further stated he knew it was illegal to take firearms and ammunition into Mexico and he has never applied for a license to export firearms and ammunition to Mexico.

☐ Continued on the attached sheet

*Complainant's signature*

Andres R, Garza, HSI Task Force Officer
*Printed name and title*

Sworn to before me and signed in my presence.

Date: November 27, 2019

*Judge's signature*

City and state: Brownsville, Texas

Ignacio Torteya, III, U.S. Magistrate Judge
*Printed name and title*